| | | |
|---|---|---|
| 1 | BYRON COOPER (No. 166578) | MARK C. SCARSI (No. 183926) |
| 2 | bcooper@teklaw.co | mscarsi@milbank.com |
| | 530 Lytton Avenue, Suite 200 | CHRIS L. HOLM (No. 249388) |
| 3 | Palo Alto, CA  94301 | cholm@milbank.com |
| | Telephone:     650-283-4244 | MILBANK, TWEED, HADLEY & McCLOY |
| 4 | Facsimile:      650-617-3201 | LLP |
| | *Attorneys for Plaintiff MedioStream, Inc.* | 601 South Figueroa Street, 30th Floor |
| 5 | | Los Angeles, CA  90017 |
| | ROBERT A. ROSENFELD (No. 086970) | Telephone:     213-892-4580 |
| 6 | rrosenfeld@orrick.com | Facsimile:      213-892-4780 |
| 7 | RUSSELL P. COHEN (No. 213105) | *Attorneys for Defendant Apple Inc.* |
| | rcohen@orrick.com | |
| 8 | ORRICK, HERRINGTON & SUTCLIFFE | RODERICK M. THOMPSON (No. 96192) |
| | LLP | rthompson@fbm.com |
| 9 | The Orrick Building, 405 Howard Street | ANDREW LEIBNITZ (No. 184723) |
| | San Francisco, CA  94105-2669 | aleibnitz@fbm.com |
| 10 | Telephone:     415-773-5700 | MATTHEW A. HOLLANDER (No. 240361) |
| 11 | Facsimile:      415-773-5759 | mhollander@fbm.com |
| | *Attorneys for Defendant Microsoft Corporation* | FARELLA BRAUN + MARTEL LLP |
| 12 | | 235 Montgomery Street, 17th Floor |
| | MEGAN OLESEK (No. 191218) | San Francisco, CA  94104 |
| 13 | KENYON & KENYON LLP | Telephone:     415-954-4400 |
| 14 | 333 West San Carlos Street, Suite 600 | Facsimile:      415-954-4480 |
| | San Jose, CA  95110-2731 | *Attorneys for Defendants Sonic Solutions LLP* |
| 15 | Telephone:     408-975-7500 | *and James Taylor* |
| | Facsimile:      408-975-7501 | |
| 16 | *Attorneys for Defendants Sony Corporation* | *Additional Counsel Listed on Signature Page* |
| | *and Sony Corporation of America* | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| 20 | MEDIOSTREAM, INC., | Case No.: 5:11-cv-03095-RMW |
| 21 | Plaintiff, | **STIPULATION OF PARTIES AND [] ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME** |
| 22 | v. | |
| 23 | MICROSOFT CORPORATION, APPLE INC., SONIC SOLUTIONS, INC., SONY CORPORATION, SONY CORPORATION OF AMERICA, JAMES OWEN TAYLOR, and DOES 1 THROUGH 10, inclusive, | Date:         October 28, 2011<br>Time:         9:00 a.m.<br>Place:        Courtroom 6 |
| 24 | | |
| 25 | | Honorable Ronald M. Whyte |
| 26 | | |
| 27 | Defendants. | |
| 28 | | |

STIPULATION AND [] ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME
Case No.: 5:11-cv-03095-RMW

WHEREAS plaintiff has filed an Unopposed Motion to Extend Time to Respond to Defendants' Motions to Dismiss (Dkt. No. 50);

WHEREAS defendants have requested from plaintiff additional time for filing reply briefs, if any; and

WHEREAS plaintiff does not oppose defendants' request for additional time;

THEREFORE the parties have agreed to the following schedule:

1. MedioStream shall have a two-week extension, until September 27, 2011, to respond to defendants' motions to dismiss; and

2. Defendants shall have a 10-day extension, until October 14, 2011, to file any reply briefs in support of their motions to dismiss.

DATED:  September 14, 2011         Respectfully submitted,

>                By:  /s/ Robert A. Rosenfeld
>                    ROBERT A. ROSENFELD (No. 086970)
>                    rrosenfeld@orrick.com
>                    RUSSELL P. COHEN (No. 213105)
>                    rcohen@orrick.com
>                    ORRICK, HERRINGTON & SUTCLIFFE LLP
>                    The Orrick Building
>                    405 Howard Street
>                    San Francisco, CA  94105-2669
>                    Telephone:     415-773-5700
>                    Facsimile:     415-773-5759
>
>                    *Attorneys for Defendant*
>                    MICROSOFT CORPORATION
>
>                By:  /s/ Byron Cooper (with permission)
>                    BYRON COOPER (No. 166578)
>                    bcooper@teklaw.co
>                    530 Lytton Avenue, Suite 200
>                    Palo Alto, CA  94301
>                    Telephone:     650-283-4244
>                    Facsimile:     650-617-3201
>
>                    *Attorneys for Plaintiff*
>                    MEDIOSTREAM, INC.

1

STIPULATION AND [] ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME
Case No.: 5:11-cv-03095-RMW

By:  /s/ Mark C. Scarsi (with permission)
    MARK C. SCARSI (No. 183926)
    mscarsi@milbank.com
    CHRIS L. HOLM (No. 249388)
    cholm@milbank.com
    MILBANK, TWEED, HADLEY & McCLOY LLP
    601 South Figueroa Street, 30th Floor
    Los Angeles, CA  90017
    Telephone:     213-892-4580
    Facsimile:      213-892-4780

*Attorneys for Defendant*
APPLE INC.


By:  /s/ Roderick M. Thompson (with permission)
    RODERICK M. THOMPSON (No. 96192)
    rthompson@fbm.com
    ANDREW LEIBNITZ (No. 184723)
    aleibnitz@fbm.com
    MATTHEW A. HOLLANDER (No. 240361)
    mhollander@fbm.com
    CHRISTINA R. HOLLANDER (No. 267292)
    chollander@fbm.com
    FARELLA BRAUN + MARTEL LLP
    235 Montgomery Street, 17th Floor
    San Francisco, CA  94104
    Telephone:     415-954-4400
    Facsimile:      415-954-4480

*Attorneys for Defendants*
SONIC SOLUTIONS LLP AND JAMES TAYLOR


By:  /s/ Megan Olesek (with permission)
    MEGAN OLESEK (No. 191218)
    KENYON & KENYON LLP
    333 West San Carlos Street, Suite 600
    San Jose, CA  95110-2731
    Telephone:     408-975-7500
    Facsimile:      408-975-7501

    LEWIS V. POPOVSKI (pro hac vice app. to be submitted)
    lpopovski@kenyon.com
    MICHELLE CARNIAUX (pro hac vice app. to be submitted)
    mcarniaux@kenyon.com

ZAED M. BILLAH (pro hac vice app. to be submitted)
zbillah@kenyon.com
KENYON & KENYON LLP
One Broadway
New York, NY 10004
Telephone: 212-425-7200
Facsimile: 212-425-5288

*Attorneys for Defendants*
SONY CORPORATION AND SONY CORPORATION OF AMERICA

**SIGNATURE ATTESTATION**

Pursuant to General Order 45, Section X.B., I attest that I have obtained consent to file for all signatures indicated by the mark "/s/" within this electronically filed document.

/s/ Robert A. Rosenfeld
ROBERT A. ROSENFELD

*Attorney for Defendant*
MICROSOFT CORPORATION

1
2  IT IS SO ORDERED.
3
4  DATED: _____JULY_____, 2011        _____
5                                     The Honorable Ronald M. Whyte
                                      United States District Court Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28