| | |
|---|---|
| BYRON COOPER (No. 166578) <br> bcooper@teklaw.co <br> 530 Lytton Avenue, Suite 200 <br> Palo Alto, CA  94301 <br> Telephone:     650-283-4244 <br> Facsimile:     650-617-3201 <br> *Attorneys for Plaintiff MedioStream, Inc.* <br><br> ROBERT A. ROSENFELD (No. 086970) <br> rrosenfeld@orrick.com <br> RUSSELL P. COHEN (No. 213105) <br> rcohen@orrick.com <br> ORRICK, HERRINGTON & SUTCLIFFE LLP <br> The Orrick Building <br> 405 Howard Street <br> San Francisco, CA  94105-2669 <br> Telephone:     415-773-5700 <br> Facsimile:     415-773-5759 <br> *Attorneys for Defendant Microsoft Corporation* <br><br> MEGAN OLESEK (No. 191218) <br> KENYON & KENYON LLP <br> 333 West San Carlos Street, Suite 600 <br> San Jose, CA  95110-2731 <br> Telephone:     408-975-7500 <br> Facsimile:     408-975-7501 <br> *Attorneys for Defendants Sony Corporation and Sony Corporation of America* | MARK C. SCARSI (No. 183926) <br> mscarsi@milbank.com <br> CHRIS L. HOLM (No. 249388) <br> cholm@milbank.com <br> MILBANK, TWEED, HADLEY & McCLOY LLP <br> 601 South Figueroa Street, 30th Floor <br> Los Angeles, CA  90017 <br> Telephone:     213-892-4580 <br> Facsimile:     213-892-4780 <br> *Attorneys for Defendant Apple Inc.* <br><br> RODERICK M. THOMPSON (No. 96192) <br> rthompson@fbm.com <br> ANDREW LEIBNITZ (No. 184723) <br> aleibnitz@fbm.com <br> MATTHEW A. HOLLANDER (No. 240361) <br> mhollander@fbm.com <br> FARELLA BRAUN + MARTEL LLP <br> 235 Montgomery Street, 17th Floor <br> San Francisco, CA  94104 <br> Telephone:     415-954-4400 <br> Facsimile:     415-954-4480 <br> *Attorneys for Defendants Sonic Solutions LLP and James Taylor* <br><br> *Additional Counsel Listed on Signature Page* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MEDIOSTREAM, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORPORATION, APPLE INC., SONIC SOLUTIONS, INC., SONY CORPORATION, SONY CORPORATION OF AMERICA, JAMES OWEN TAYLOR, and DOES 1 THROUGH 10, inclusive, <br><br> Defendants. | Case No.: 5:11-cv-03095-RMW <br><br> **STIPULATION AND []** <br> **ORDER SELECTING ADR PROCESS** <br><br> Honorable Ronald M. Whyte |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes**:

☐ Non-binding Arbitration (ADR L.R. 4)

☐ Early Neutral Evaluation (ENE)   (ADR L.R. 5)

☐ Mediation (ADR L.R. 6)

(*Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5.*)

**Private Process**:

X   Private ADR (please identify process and provider) _____

_____Private Mediation_____

The parties agree to hold the ADR session by:

X   the presumptive deadline (*The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.*)

☐   other requested deadline _____

---

1
STIPULATION AND [] ORDER SELECTING ADR PROCESS
Case No.: 5:11-cv-03095-RMW

DATED:  September 9, 2011          Respectfully submitted,


By:  /s/ Robert A. Rosenfeld
　　　ROBERT A. ROSENFELD (No. 086970)
　　　rrosenfeld@orrick.com
　　　RUSSELL P. COHEN (No. 213105)
　　　rcohen@orrick.com
　　　ORRICK, HERRINGTON & SUTCLIFFE LLP
　　　The Orrick Building
　　　405 Howard Street
　　　San Francisco, CA  94105-2669
　　　Telephone:     415-773-5700
　　　Facsimile:      415-773-5759

　　　*Attorneys for Defendant*
　　　MICROSOFT CORPORATION


By:  /s/ Byron Cooper (with permission)
　　　BYRON COOPER (No. 166578)
　　　bcooper@teklaw.co
　　　530 Lytton Avenue, Suite 200
　　　Palo Alto, CA  94301
　　　Telephone:     650-283-4244
　　　Facsimile:      650-617-3201

　　　*Attorneys for Plaintiff*
　　　MEDIOSTREAM, INC.


By:  /s/ Mark C. Scarsi (with permission)
　　　MARK C. SCARSI (No. 183926)
　　　mscarsi@milbank.com
　　　CHRIS L. HOLM (No. 249388)
　　　cholm@milbank.com
　　　MILBANK, TWEED, HADLEY & McCLOY LLP
　　　601 South Figueroa Street, 30th Floor
　　　Los Angeles, CA  90017
　　　Telephone:     213-892-4580
　　　Facsimile:      213-892-4780

　　　*Attorneys for Defendant*
　　　APPLE INC.

By: /s/ Roderick M. Thompson (with permission)
RODERICK M. THOMPSON (No. 96192)
rthompson@fbm.com
ANDREW LEIBNITZ (No. 184723)
aleibnitz@fbm.com
MATTHEW A. HOLLANDER (No. 240361)
mhollander@fbm.com
CHRISTINA R. HOLLANDER (No. 267292)
chollander@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:     415-954-4400
Facsimile:      415-954-4480

*Attorneys for Defendants*
SONIC SOLUTIONS LLP AND JAMES TAYLOR


By: /s/ Megan Olesek (with permission)
MEGAN OLESEK (No. 191218)
KENYON & KENYON LLP
333 West San Carlos Street, Suite 600
San Jose, CA  95110-2731
Telephone:     408-975-7500
Facsimile:      408-975-7501

LEWIS V. POPOVSKI (pro hac vice app. to be submitted)
lpopovski@kenyon.com
MICHELLE CARNIAUX (pro hac vice app. to be submitted)
mcarniaux@kenyon.com
ZAED M. BILLAH (pro hac vice app. to be submitted)
zbillah@kenyon.com
KENYON & KENYON LLP
One Broadway
New York, NY  10004
Telephone:     212-425-7200
Facsimile:      212-425-5288

*Attorneys for Defendants*
SONY CORPORATION AND SONY CORPORATION OF AMERICA

**SIGNATURE ATTESTATION**

Pursuant to General Order 45, Section X.B., I attest that I have obtained consent to file for all signatures indicated by the mark "/s/" within this electronically filed document.

    /s/ Robert A. Rosenfeld
ROBERT A. ROSENFELD

*Attorney for Defendant*
MICROSOFT CORPORATION

| | |
|---|---|
| 1 | **[] ORDER** |
| 2 | |
| 3 | Pursuant to the Stipulation above, the captioned matter is hereby referred to: |
| 4 | ☐        Non-binding Arbitration |
| 5 | ☐        Early Neutral Evaluation (ENE) |
| 6 | ☐        Mediation |
| 7 | X        **Private ADR** |
| 8 | |
| 9 | Deadline for ADR session |
| 10 | |
| 11 | X        **90 days from the date of this order.** |
| 12 | ☐        other  _____ |
| 13 | |
| 14 | **IT IS SO ORDERED**. |
| 15 | DATED: ____J̶P̶Í̶_____, 2011             _Ronald M. Whyte_____ |
| 16 |                                                     Honorable Ronald M. Whyte |
|    |                                                     United States District Judge |