1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MEDIOSTREAM, INC., | Case No. 5:11-cv-03095-RMW |
| Plaintiff, | **ORDER FOLLOWING INITIAL CASE MANAGEMENT CONFERENCE HELD ON SEPTEMBER 16, 2011** |
| v. | |
| MICROSOFT CORPORATION, ET AL., | |
| Defendants. | |

On September 16, 2011, the matter was called, and appearances were made by Byron Cooper, counsel for Plaintiff MedioStream, Inc., Lewis V. Popovski, Michelle Carniaux and Megan Olesek, Kenyon & Kenyon LLP, counsel for Defendants Sony Corporation and Sony Corporation of America, Mark C. Scarsi, Milbank, Tweed Hadley & McCloy LLP, counsel for Defendant Apple Inc., Robert A. Rosenfeld and Russell P. Cohen, Orrick, Herrington & Sutcliffe LLP, counsel for Defendant Microsoft Corporation, and Roderick M. Thompson of Farella Braun + Martel LLP, counsel for Defendants Sonic Solutions LLC and James Taylor.

The parties and the Court discussed the pending motions and other matters set forth in the parties' case management statement, and agreed to the following schedule:

Plaintiff MedioStream's amended complaint shall be filed by September 30, 2011. Plaintiff MedioStream shall file its disclosure of trade secrets under seal by September 30, 2011, pursuant to Cal. Civ. Proc. Code § 2019.210. Defendants' responses to the amended complaint shall be filed by October 28, 2011. "Vj g"r ct vkgu'uj cm'eqo r n{ "y kj "vj g"r tqvgevkxg"qtf gt"gpvgtgf "kp" ***MedioStream v. Microsoft Corp.***, **Case No. 3:11-cv-02525-RS (N.D. Cal.) (Dkt. No. 270)** y kj "tgi ctf "vq"vj gug"hkrkpi u0

The Court will hold a further Case Management Conference on December 2, 2011, at 10:30 a.m., before the Honorable Judge Ronald M. Whyte. Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

Defendants' motions to dismiss currently set for hearing on October 28, 2011 are taken off calendar. If any Defendant moves to dismiss the amended complaint, the hearing on the motion shall be noticed for December 2, 2011, at 9:00 a.m., before the Honorable Judge Ronald M. Whyte.

IT IS SO ORDERED

Dated: September ___30___, 2011

Honorable Judge Ronald M. Whyte
United States District Court Judge

ORDER FOLLOWING INITIAL CMC      - 1 -      CASE NO. 5:11-CV-03095-RMW