ROBERT A. ROSENFELD (No. 086970)
rrosenfeld@orrick.com
RUSSELL P. COHEN (No. 213105)
rcohen@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    415-773-5700
Facsimile:    415-773-5759

*Attorneys for Defendant*
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MEDIOSTREAM, INC.,<br><br>                Plaintiff,<br><br>  v.<br><br>MICROSOFT CORPORATION; SONIC SOLUTIONS, LLC (f.k.a. SONIC SOLUTIONS, INC.); SONY CORPORATION; SONY CORPORATION OF AMERICA; JAMES TAYLOR, and DOES 1 THROUGH 10, inclusive,<br><br>                Defendants. | Case No.: 5:11-cv-03095-RMW<br><br>**ORDER GRANTING UNOPPOSED ADMINISTRATIVE MOTION TO EXTEND ADR DEADLINE**<br><br>Honorable Ronald M. Whyte |

**ORDER
GRANTING UNOPPOSED ADMINISTRATIVE MOTION
TO EXTEND ADR DEADLINE**

Having reviewed defendants' unopposed administrative motion to extend the ADR deadline, and good cause appearing, it is hereby ORDERED that the parties shall have 90 days from the date the Court rules on defendants' motions to dismiss the amended complaint to participate in private mediation, in compliance with Civil L.R. 16-8 and ADR L.R. 3-5.

**IT IS SO ORDERED**.

DATED: __Pqxgo dgt"; _____, 2011

_____
Honorable Ronald M. Whyte
United States District Judge