IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MEDIOSTREAM, INC.,

    Plaintiff,

  v.

MICROSOFT CORPORATION, et al.,

    Defendants.

*E-FILED - 3/21/13*

CASE NO.: C-11-03095-RMW

**ORDER TO SHOW CAUSE RE: DISMISSAL**

    This matter came on regularly for a motion hearing on defendant's motion to dismiss on December 2, 2011. The court issued a written ruling granting the motion to dismiss with leave to amend on April 23, 2012. An amended complaint was to be filed by May 23, 2012. Plaintiff failed to file an amended complaint. Therefore,

    IT IS HEREBY ORDERED that the parties appear on **April 26, 2013 @ 9:00 a.m.** in courtroom 6 of this Court and show cause WHY THIS CASE SHOULD NOT BE DISMISSED for failure to diligently prosecute.

    FAILURE TO APPEAR, THE CASE WILL BE DISMISSED.

DATED: March 21, 2013

_____
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

1
2  Copy of Order E-Filed to Counsel of Record:
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

ORDER TO SHOW CAUSE
CASE NO.: C-11-03095 RMW