| | |
|---|---|
| BYRON COOPER (No. 166578)<br>bcooper@teklaw.co<br>530 Lytton Avenue, Suite 200<br>Palo Alto, CA 94301<br>Telephone: 650-283-4244<br>Facsimile: 650-617-3201<br>*Attorneys for Plaintiff MedioStream, Inc.* | MARK C. SCARSI (No. 183926)<br>mscarsi@milbank.com<br>CHRIS L. HOLM (No. 249388)<br>cholm@milbank.com<br>MILBANK, TWEED, HADLEY & McCLOY LLP<br>601 South Figueroa Street, 30th Floor<br>Los Angeles, CA 90017<br>Telephone: 213-892-4580<br>Facsimile: 213-892-4780<br>*Attorneys for Defendant Apple Inc.* |
| ROBERT A. ROSENFELD (No. 086970)<br>rrosenfeld@orrick.com<br>RUSSELL P. COHEN (No. 213105)<br>rcohen@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105-2669<br>Telephone: 415-773-5700<br>Facsimile: 415-773-5759<br>*Attorneys for Defendant Microsoft Corporation* | RODERICK M. THOMPSON (No. 96192)<br>rthompson@fbm.com<br>ANDREW LEIBNITZ (No. 184723)<br>aleibnitz@fbm.com<br>MATTHEW A. HOLLANDER (No. 240361)<br>mhollander@fbm.com<br>FARELLA BRAUN + MARTEL LLP<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA 94104<br>Telephone: 415-954-4400<br>Facsimile: 415-954-4480<br>*Attorneys for Defendants Sonic Solutions LLP and James Taylor* |
| MEGAN OLESEK (No. 191218)<br>KENYON & KENYON LLP<br>333 West San Carlos Street, Suite 600<br>San Jose, CA 95110-2731<br>Telephone: 408-975-7500<br>Facsimile: 408-975-7501<br>*Attorneys for Defendants Sony Corporation and Sony Corporation of America* | *Additional Counsel Listed on Signature Page* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MEDIOSTREAM, INC.,<br><br>                              Plaintiff,<br><br>     v.<br><br>MICROSOFT CORPORATION, APPLE INC., SONIC SOLUTIONS, INC., SONY CORPORATION, SONY CORPORATION OF AMERICA, JAMES OWEN TAYLOR, and DOES 1 THROUGH 10, inclusive,<br><br>                              Defendants. | Case No.: 5:11-cv-03095-RMW<br><br>**STIPULATION AND []**<br>**ORDER FOR ENTY OF DISMISSAL**<br><br>Date:       April 26, 2013<br>Time:      9:00 a.m.<br>Place:     Courtroom 6<br><br>Honorable Ronald M. Whyte |

STIPULATION FOR ENTRY OF DISMISSAL
Case No.: 5:11-cv-03095-RMW

Plaintiff, MedioStream, Inc. and Defendants Microsoft Corporation, Apple Inc., Sonic Solutions, LLC, Sony Corporation, Sony Corporation Of America, and James Owen Taylor, who have appeared through their respective counsel of record, hereby stipulate to the dismissal of all MedioStream claims in this action against all defendants, with prejudice.

DATED:  April 24, 2013          Respectfully submitted,

By:  /s/ Byron Cooper
    BYRON COOPER (No. 166578)
    bcooper@teklaw.co
    530 Lytton Avenue, Suite 200
    Palo Alto, CA  94301
    Telephone:     650-283-4244
    Facsimile:     650-617-3201

    *Attorneys for Plaintiff*
    MEDIOSTREAM, INC.


By:  /s/ Robert A. Rosenfeld (with permission)
    ROBERT A. ROSENFELD (No. 086970)
    rrosenfeld@orrick.com
    RUSSELL P. COHEN (No. 213105)
    rcohen@orrick.com
    ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
    405 Howard Street
    San Francisco, CA  94105-2669
    Telephone:     415-773-5700
    Facsimile:     415-773-5759

    *Attorneys for Defendant*
    MICROSOFT CORPORATION


By:  /s/ Mark C. Scarsi (with permission)
    MARK C. SCARSI (No. 183926)
    mscarsi@milbank.com
    CHRIS L. HOLM (No. 249388)
    cholm@milbank.com
    MILBANK, TWEED, HADLEY & McCLOY LLP

1

|     |                                                      |
| --- | ---------------------------------------------------- |
| 1   |                                                      |
| 2   | 601 South Figueroa Street, 30th Floor                |
|     | Los Angeles, CA  90017                               |
| 3   | Telephone:     213-892-4580                          |
|     | Facsimile:      213-892-4780                         |
| 4   |                                                      |
| 5   | *Attorneys for Defendant*                            |
|     | APPLE INC.                                           |

By:  /s/ Andrew Leibnitz (with permission)
      RODERICK M. THOMPSON (No. 96192)
      rthompson@fbm.com
      ANDREW LEIBNITZ (No. 184723)
      aleibnitz@fbm.com
      MATTHEW A. HOLLANDER (No. 240361)
      mhollander@fbm.com
      CHRISTINA R. HOLLANDER (No. 267292)
      chollander@fbm.com
      FARELLA BRAUN + MARTEL LLP
      235 Montgomery Street, 17th Floor
      San Francisco, CA  94104
      Telephone:     415-954-4400
      Facsimile:      415-954-4480

*Attorneys for Defendants*
SONIC SOLUTIONS LLP AND JAMES TAYLOR


By:  /s/ Megan Olesek (with permission)
      MEGAN OLESEK (No. 191218)
      KENYON & KENYON LLP
      333 West San Carlos Street, Suite 600
      San Jose, CA  95110-2731
      Telephone:     408-975-7500
      Facsimile:      408-975-7501

      LEWIS V. POPOVSKI (pro hac vice app. to be submitted)
      lpopovski@kenyon.com
      MICHELLE CARNIAUX (pro hac vice app. to be submitted)
      mcarniaux@kenyon.com
      ZAED M. BILLAH (pro hac vice app. to be submitted)
      zbillah@kenyon.com
      KENYON & KENYON LLP
      One Broadway
      New York, NY  10004

2

|   |   |
|---|---|
| 1 | Telephone: 212-425-7200 |
| 2 | Facsimile: 212-425-5288 |

*Attorneys for Defendants*
SONY CORPORATION AND SONY
CORPORATION OF AMERICA

IT IS SO ORDERED

Dated: _____

*Ronald M. Whyte* (signature)
_____
Honorable Judge Ronald M. Whyte
United States District Court Judge

3

STIPULATION FOR ENTRY OF DISMISSAL
Case No.: 5:11-cv-03095-RMW